United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14549-ref
Thomas H Davies, Jr.                                                      Chapter 13
Jennifer L Davies
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 2          Date Rcvd: Dec 01, 2017
                              Form ID: pdf900      Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
```
db/jdb       +Thomas H Davies, Jr.,   Jennifer L Davies,   310 Monaco Lane,   Blandon, PA 19510-9485
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13946532      AMERICAN EXPRESS,   PO Box 981537,   El Paso, TX 79998-1537
13946534     +AR Resources,   P.O. Box 1056,   Blue Bell, PA 19422-0287
13946531      American Express,   Correspondence,   PO Box 981450,   El Paso, TX 79998
13946533      American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern, PA 19355-0701
13946535      Bayview Loan Servicing,   PO Box 650091,   Dallas, TX 75265-0091
13946536     +Bayview Loan Servicing/The BONY Mellon,   c/o KML Law Group, PC,   701 Market Street,
               Suite 5000,   Philadelphia, PA 19106-1541
13946537     +Berks Center for Digestive Health,   1011 Reed Avenue,   Suite 600,   Reading, PA 19610-2002
13946539     +CB Accts, Inc.,   124 SW Adams St.,   Suite 215,   Peoria, IL 61602-2321
13946542    ++CONGRESS COLLECTION,   28552 ORCHARD LAKE RD,   STE 200,   FARMINGTON HILLS MI 48334-2954
              (address filed with court: Congress Collection Corp.,   24901 Northwestern Highway,   Suite 300,
               Southfield, MI 48075)
13946538     +Capital One Bank, N.A.,   2401 Stanley Gault Pikeway,   Louisville, KY 40223-4175
13946540     +Chase Card Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
13946543    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,   c/o DFS Customer Care Dept.,
               P.O. Box 81577,   Austin, TX 78708-1585)
13946547     +Ditech Financial LLC,   7340 S. Kyrene Rd,   Recovery Dept T120,   Tempe, AZ 85283-4573
13946545      Ditech Financial LLC,   Attention T120,   2100 E. Elliot Road,   Building 94,
               Tempe, AZ 85284-1806
14019684     +George M. Lutz, Esquire,   Hartman, Valeriano, Magovern & Lutz, P.C,   1100 Berkshire Blvd,
               Suite 301,   Wyomissing, PA 19610-1292
13946550     +HYUNDAI MOTOR FINANCE CO,   c/o Central Credit Services LLC,   20 Corporate Hills Drive,
               Saint Charles, MO 63301-3749
13946551     +Keystone Orthopedic Specialist,   Apex Asset Mgmt. LLC,   PO Box 5407,
               Lancaster, PA 17606-5407
13997610     +M&T Bank,   as Servicer for The Bank of NY Mellon...,   c/o KML Law Group, P.C.,
               701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13946557    ##+Monarch Recovery Management, Inc.,   10965 Decatur Road,   Philadelphia, PA 19154-3210
13946558      Reading Health System,   P.O. Box 70894,   Philadelphia, PA 19176-5894
13946559     +St Joseph Medical Center,   PO BOX 644168,   Pittsburgh, PA 15264-4168
13946562    ##+Tate & Kirlin Associates,   2810 Southampton Road,   Philadelphia, PA 19154-1207
14017286     +The Bank of New York Mellon,   c/o McCabe, Weisberg & Conway PC,   123 South Broad Street,
               Suite 1400,   Philadelphia, PA 19109-1060
13946567     +WFFNB/Raymour & Flanigan,   CSCL Dispute Team,   MAC N8235-04M,PO Box 14517,
               Des Moines, IA 50306-3517
13946566     +WFFNB/Raymour & Flanigan,   PO Box 94498,   Las Vegas, NV 89193-4498
13946564      Wells Fargo Bank NA,   PO Box 10438,   Des Moines, IA 50306-0438
13988784      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA    50306-0438
13986918     +Wells Fargo Bank/Irwin Whole Loan Home Equity Trus,   Ditech Financial LLC,
               2100 East Elliot Road,   Bldg. 94, Recovery Dept. T-120,   Tempe, AZ 85284-1806
13946565     +West Reading Radiology,   2 Meridian Blvd.,   2nd Floor,   Wyomissing, PA 19610-3202
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: roberts12@dnb.com Dec 01 2017 07:38:25   Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 07:38:15
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2017 07:38:27   U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:39   Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13946541     +E-mail/PDF: cmabankruptcy@nisource.com Dec 01 2017 07:37:40   Columbia Gas,
               Attn: Bankruptcy Dept,   PO Box 2025,   Springfield, MA 01102-2025
13946546      E-mail/Text: bankruptcy.bnc@ditech.com Dec 01 2017 07:38:00   DITECH FINANCIAL LLC,
               PO Box 6172,   Rapid City, SD 57709-6172
13946549      E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Dec 01 2017 07:38:44
               HYUNDAI MOTOR FINANCE CO,   10550 Talbert Ave,   Fountain Valley, CA 92708-6031
13946548     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Dec 01 2017 07:38:44
               Hyundai Capital America DBA,   Hyundai Motor Finance,   PO Box 20809,
               Fountain Valley, CA 92728-0809
13946552      E-mail/Text: csdlclientservices@cboflanc.com Dec 01 2017 07:38:40   Lancaster Collections,
               218 W. Orange Street,   Lancaster, PA 17603-3746
14000016     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 01 2017 07:38:19   MIDLAND FUNDING LLC,
               PO Box 2011,   Warren, MI 48090-2011
```

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Dec 01, 2017
                              Form ID: pdf900          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13946554       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 01 2017 07:38:19
                Midland Credit Management, Inc. as agent,    MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
13946555       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 01 2017 07:38:19     Midland Funding LLC,
                PO Box 13105,    Roanoke, VA 24031-3105
13946585       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 07:37:41
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13946560       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:25     Synchrony Bank/Sams,
                Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
13946561       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:32     Synchrony Bank/Walmart,
                Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
14010549       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 01 2017 07:38:28
                The Bank of New York Mellon,    c/o Bayview Loan Servicing, LLC,
                4425 Ponce de Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
13946563       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 01 2017 07:38:28
                The Bank of New York Mellon, Trustee,    c/o Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, FL 33146-1837
                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank,    as Servicer for The Bank of NY Mellon...
13946544*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
13980713*      +Hyundai Capital America DBA,    Hyundai Motor Finance,    PO Box 20809,
                Fountain Valley, CA 92728-0809
13946556*      +Midland Funding, LLC,    PO Box 13105,    Roanoke, VA 24031-3105
13946553       ##+Malvern Institute,    521 Plymouth Road,    Suite 106,    Plymouth Meeting, PA 19462-1657
                                                              TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
```
    CELINE P. DERRKRIKORIAN    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
    GEORGE M. LUTZ    on behalf of Debtor Thomas H Davies, Jr. glutz@hvmllaw.com,
     amerkay@hvmllaw.com;r49419@notify.bestcase.com
    GEORGE M. LUTZ    on behalf of Joint Debtor Jennifer L Davies glutz@hvmllaw.com,
     amerkay@hvmllaw.com;r49419@notify.bestcase.com
    LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

THOMAS H. DAVIES, JR.
JENNIFER L. DAVIES
                                                    : Bankruptcy No. 17-14549REF
            Debtor(s)                               : Chapter 13

ORDER

    AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 30, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1100 BERKSHIRE BLVD SUITE 301
WYOMISSING PA 19610-

THOMAS H. DAVIES, JR.
JENNIFER L. DAVIES
310 MONACO LANE
BLANDON,PA.19510