# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 Bankruptcy |
|---|---|
| THOMAS H. AND JENNIFER L. DAVIES, | Bankruptcy No. 17-14549 REF |
| Debtors | |

## CERTIFICATE OF NO RESPONSE

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses and the Debtors request that the court grant the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

**Date:** December 28, 2017

                        Respectfully submitted,

                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

           by:    */s/ George M. Lutz*

                  George M. Lutz, Esquire
                  1100 Berkshire Blvd., Suite 301
                  Wyomissing, PA  19610
                  Attorney I.D. No. 46437
                  Phone:  610-779-0772