UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 Bankruptcy |
|---|---|
| THOMAS H. AND JENNIFER L. DAVIES, | Bankruptcy No. 17-14549 REF |
| Debtors | |

## ORDER

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $1,732.00 for reimbursement of actual, necessary fees, of which $1,000.00 was received pre-petition.

**Date: December 29, 2017**

BY THE COURT:

_____
**United States Bankruptcy Judge**

*Copies to:*

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

Thomas H. and Jennifer L. Davies
310 Monaco Lane
Blandon, PA 19510

**All creditors**